**LAW OFFICE OF EDUARDO J. CELAYA, PLLC**
Eduardo J. Celaya #014747
2942 N. 24TH Street, Suite 114
Phoenix, Arizona 85016
Phone (602) 281-4547
Fax (602) 424-5757
celayalaw@gmail.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Terence Warner,<br><br>          Plaintiff,<br><br>v.<br><br>Brachfeld & Associates and LVNV Funding LLC,<br><br>          Defendants. | **COMPLAINT**<br><br><br>**JURY TRIAL DEMANDED** |

## JURISDICTION

1.      Jurisdiction of this Court arises under 28 U.S.C. § 1331 and pursuant to 15 U.S.C. § 1692k(d), and pursuant to 28 U.S.C. § 1367 for pendent state law claims.

2.      This action arises out of Defendant's repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA") and out of the invasions of Plaintiff personal and financial privacy by this Defendant and its agents in its illegal efforts to collect a consumer debt from Plaintiff.

3. Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendant transacts business here.

**PARTIES**

4. Plaintiff Terence Warner is a natural person who resides in the City of Fort Mohave, County of Mojave, State of Arizona and is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

5. Defendant Brachfeld & Associates is a collection agency operating from an address of 20300 South Vermont Street, Suite 120, Torrance, California 90502 and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

6. Defendant LVNV Funding LLC is a collection agency operating from an address of Post Office Box 3038, Evansville, Indiana 47730 and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

**FACTUAL ALLEGATIONS**

7. Sometime prior to 2009, Plaintiff incurred a financial obligation that was primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5), namely, an account with Capital One, account ending in 8379.

8. On or about June 15, 2007, with The Palmer Firm acting as her agent, Plaintiff

reached an agreement with Defendant Brachfeld & Associates to settle the debt for $979.24.00. Under the terms of this agreement, the $979.24.00 had to be paid by March 27, 2009.

9. On or about March 5, 2009, The Palmer Firm forwarded check number 50580 in the amount of $979.24 to Defendant Brachfeld & Associates.

10. On or about March 27, 2009, check number 50580 cleared and was deposited to a bank account owned by Defendant Brachefeld & Associates.

11. On or around April 14, 2009 Defendant LVNV Funding LLC filed a lawsuit against Plaintiff in the Justice Court of Arizona seeking $3,741.93 in damages.

12. The above-described collection communication made to Plaintiff by Defendant and other collection employees employed by Defendant was made in violation of numerous and multiple provisions of the FDCPA, including but not limited to 15 U.S.C. § 1692f(1) and 15 U.S.C. § 1692c(5).

13. The above-detailed conduct by these Defendants of harassing Plaintiffs in an effort to collect this debt was a violation of numerous and multiple provisions of the FDCPA, including but not limited to all of the above mentioned provisions of the FDCPA, as well as an invasion of Plaintiff's privacy by an intrusion upon seclusion and resulted in actual damages to these Plaintiffs.

14. Defendant's illegal abusive collection communication as more fully described above was the direct and proximate cause of severe emotional distress on the part of Plaintiff and caused her unnecessary personal strain.

15. Plaintiff has suffered actual damages as a result of this illegal collection

communication by these Defendants in the form of anger, anxiety, emotional distress, fear, frustration, upset, humiliation, embarrassment, amongst other negative emotions, as well as suffering from unjustified and abusive invasions of personal privacy.

**VIOLATION OF A.R.S § 32-1055**

16.    Upon information and belief, Defendants are not registered with the Arizona Department of Financial Institutions.

17.    Pursuant to A.R.S. § 32-1055, Defendants are legally prohibited from any collection activity within the State of Arizona.

**TRIAL BY JURY**

18.    Plaintiffs are entitled to and hereby respectfully demand a trial by jury on all issues so triable.  US Const. amend. 7.  Fed.R.Civ.P. 38.

**CAUSES OF ACTION**

**VIOLATIONS OF THE FAIR DEBT COLLECTION PRACTICES ACT**

**15 U.S.C. § 1692 et seq.**

19.    Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

20.    The foregoing acts and omissions of each and every Defendant and their agents constitute numerous and multiple violations of the FDCPA and Arizona law including, but not limited to, each and every one of the above-cited provisions of the FDCPA, 15 U.S.C. § 1692 et seq., with respect to this Plaintiff.

21.     As a result of each and every Defendant's violations of the FDCPA, Plaintiff is entitled to actual damages pursuant to 15 U.S.C. § 1692k(a)(1); statutory damages in an amount up to $1,000.00 pursuant to 15 U.S.C. § 1692k(a)(2)(A); and, reasonable attorney's fees and costs pursuant to 15 U.S.C. § 1692k(a)(3), from Defendant.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that judgment be entered against each and every Defendant:

- for an award of actual damages pursuant to 15 U.S.C. § 1692k(a)(1) against each and every Defendant;
- for an award of statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A) against each and every Defendant.
- for an award of costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) against Defendants and for Plaintiff;
- for such other and further relief as may be just and proper.

Respectfully submitted this 20th day of October 2009.

**LAW OFFICE OF EDUARDO J. CELAYA, PLLC**

s/*Eduardo J. Celaya*
Eduardo J. Celaya, Esq.
2942 N. 24TH Street, Suite 114
Phoenix, Arizona 85016
Attorney for Plaintiff