IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Terence Warner,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Brachfeld Law Group, PC, et al.,<br><br>　　　　　　Defendant, | O R D E R<br><br>No. CV 09-8188-PCT-MHM |

　　The Court having been advised that this case has settled.

　　IT IS ORDERED that this matter will be dismissed with prejudice within 30 days of the date of this order unless a stipulation to dismiss is filed prior to the dismissal date.

　　IT IS FURTHER ORDERED that the Clerk of Court shall dismiss the above matter within 30 days from the date of this order.

　　IT IS FURTHER ORDERED vacating all pending deadlines/hearings, and denying as moot all pending motions.

　　DATED this 7th day of April, 2010.

_____
Mary H. Murguia
United States District Judge